Argued and submitted October 29, affirmed and remanded
for attorney fees December 29, 1982, reconsideration denied February 17,
petition for review allowed April 26, 1983 (294 Or 792)
See 295 Or 455, 666 P2d 1340 (1983)

# STATE OF OREGON,
*Respondent,*

*v.*

# NANCY ANN WHITLEY,
*Appellant.*

## (No. 10-81-01522, CA A23320)

655 P2d 228

Michael V. Phillips, Eugene, argued the cause and filed the brief for appellant.

Robert E. Barton, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, William F. Gary Solicitor General, Salem, and Frank Papagni, Jr., Assistant District Attorney, Eugene.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals her conviction of arson in the first degree, assigning numerous errors. We have examined each of defendant's assignments and we find no error in any save and except the last. The state concedes that the trial court erred in not holding a hearing to determine the amount of court-ordered attorney fees. We agree. *See State v. Stock,* 56 Or App 857, 643 P2d 877 (1982).

Affirmed as to the conviction. Remanded for a hearing to determine the amount of attorney fees defendant is to be ordered to pay.